60,852-09

Dear Clerk,                                          12/02/2015

On 10/26/2015 my Original application for writ of mandamus was received - WR-60,852-09.

I need to know - because I am indigent - and had to mail my writ through the INDIGENT MAIL PROGRAM, TDCJ-CID.

I need to know how many copies was received by you?

I mailed the Original and 11 copies - plus a cover letter. Did you receive all of this? It was 75 pages total for the Original and 11 copies.

I'm trying to figure out two things - 1) if everything I mailed (above) was received and if so, 2) Why my motion for leave to file was denied (11/18/2015)

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

Submitted by
Charles Bunton, relator